PROB 12A
(07/06)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW JERSEY

### Report on Offender Under Supervision - No Court Action Required

| | | |
|---|---|---|
| Name of Offender: | Oswaldo Ramirez | Case Number: 2:04CR00719-001 |
| Name of Sentencing Judge: | The Honorable Dickinson R. Debevoise | |
| Date of Original Sentence: | October 10, 2006 | |
| Original Offense: | Conspiracy to distribute heroin, 21 U.S.C. § 846 | |
| Original Sentence: | 51 months custody. $100 special assessment. Five years supervised release. Special conditions: participate in a alcohol/drug treatment program and cooperate with the collection of DNA. | |
| Type of Supervision: | Supervised Release | Supervision Started: February 13, 2008 |

### EARLIER COURT ACTION

None.

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**          **Nature of Noncompliance**

1              **THE DEFENDANT SHALL NOT LEAVE THE JUDICIAL DISTRICT WITHOUT THE PERMISSION OF THE PROBATION OFFICER (STANDARD CONDITION):** On December 25, 2008, Mr. Ramirez received a traffic ticket from the Jewett Police Department in Jewett, Texas, for speeding and driving without a driver's license. Mr. Ramirez agreed to pay the fine cost of about $600. Mr. Ramirez did not have permission from the probation officer to travel to Jewett, Texas, which is located in the Western District of Texas.

2              **FAILURE TO PARTICIPATE IN DRUG TREATMENT AS DIRECTED BY THE PROBATION OFFICER (SPECIAL CONDITION):** Mr. Ramirez failed to participate in scheduled individual counseling sessions at the Unlimited Vision Aftercare Program, Inc., in Pasadena, Texas, for the months of August, September, and November 2008.

Re: Oswaldo Ramirez
   Dkt. No: 2:04CR00719-001
   Page 2

**U.S. Probation Officer Action:**

This allegation is considered a moderate severity violation. The correctional strategy used was a review of Mr. Ramirez's conditions, and an instruction that future behavior such as this will result in a petition to the Court requesting a warrant. Mr. Ramirez admitted he had made poor decisions to place himself in this situation and will not let it happen again. This officer requests that the Court take no action and allow Mr. Ramirez to remain on supervision. It is also respectfully requested that the Court reserve the right to consider this violation if further non-compliance continues.

Approved:                                                          Respectfully submitted:

_Joe Flores_                                        by             _Bryan Demar_
Joe Flores, Supervising                                            Bryan Demar
U.S. Probation Officer                                             U.S. Probation Officer
                                                                   January 15, 2009

Name of Offender: Oswaldo Ramirez
Case Number: 2:04CR00719-001
Page Number: 3

---

[X]     Court Concurs with Recommended Action

[ ]     Submit a Request for Modifying the Condition(s) or Term of Supervision

[ ]     Submit a Request for Warrant or Summons

[ ]     Other:

Dickinson R. Debevoise
Senior U. S. District Judge

February 20, 2009
Date