**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
**THOMAS C. MILLER**

July 12, 2010

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable Dickinson R. Debevoise
Senior U.S. District Court Judge
Martin Luther King Jr., Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

7-14-10

**RE: RAMIREZ, Oswaldo**
**DKT# 04-00719-001**
**REQUEST FOR THE ISSUANCE OF WARRANT AND TRANSFER OF JURISDICTION**

Dear Judge Debevoise:

On October 11, 2006, the above-named offender appeared before Your Honor for sentencing on a charge of Conspiracy to Distribute Heroin. At that time, the offender was sentenced to 51 months custody and five years of supervised release to follow. The offender began his supervised release term in the Southern District of Texas on February 13, 2008.

On January 15, 2009, the Court was notified that the offender left the district without permission and failed to participated in drug treatment. No action was recommended and the Court concurred. On December 9, 2009, the Court was notified that the offender tested positive for marijuana and a recommendation for a 45-day residential treatment program was approved by the Court.

We respectfully recommend the issuance of a warrant based on the offender's recent arrest for Possession of Cocaine (1to 4 grams); he is currently incarcerated. The offender has also allegedly violated several other conditions of his supervised release as noted in the attached Probation 12C Petition prepared by U.S. Probation Officer Bryan Demar of our Houston, Texas office. Please also be advised that the Southern District of Texas is requesting jurisdiction of this case, and we have attached the Probation Form 22 to initiate this transfer.

Should Your Honor have any questions or wish to discuss this matter, please feel free to contact the undersigned officer at (973) 645-6243.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

BY: *[signature]*

Edward J. Irwin
U.S. Probation Officer

EJI:
Enclosures

| PROB 22A (08/05) **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS** INTRA-DISTRICT TRANSFER OF REVOCATION PROCEEDINGS | DOCKET NUMBER 2:04CR00719-001 |
|---|---|
| | DIVISION District of New Jersey |
| NAME AND ADDRESS OF SUPERVISED PERSON Ramirez, Oswaldo Houston, Texas 77002 | NAME OF SENTENCING JUDGE Dickinson R. Debevoise |
| | DATE OF SUPERVISION FROM 02/13/2008 TO 02/12/2013 |

**OFFENSE**

Conspiracy to distribute heroin, 21 U.S.C. 846

| Transferring Division U. S. Probation Officer: Edward Irwin | Receiving Division U.S. Probation Officer: Bryan Demar |
|---|---|

**COMMENTS:**

**ORDER TRANSFERRING REVOCATION PROCEEDINGS**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

The revocation proceedings of this offender, initiated by Petition dated 06/17/2010, are transferred with the records of this Court to the United States District Court, HOUSTON Division.

July 14, 2010
Date

Dickinson R. Debevoise
U. S. District Judge

| PROB 22A (08/05) **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS** INTRA-DISTRICT TRANSFER OF REVOCATION PROCEEDINGS | DOCKET NUMBER 2:04CR00719-001 |
|---|---|
| | DIVISION District of New Jersey |
| NAME AND ADDRESS OF SUPERVISED PERSON Ramirez, Oswaldo **Houston, Texas 77002** | NAME OF SENTENCING JUDGE Dickinson R. Debevoise |
| | DATE OF SUPERVISION FROM 02/13/2008 TO 02/12/2013 |

**OFFENSE**

Conspiracy to distribute heroin, 21 U.S.C. 846

| Transferring Division U. S. Probation Officer: Edward Irwin | Receiving Division U.S. Probation Officer: Bryan Demar |
|---|---|

COMMENTS:

**ORDER TRANSFERRING REVOCATION PROCEEDINGS**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

The revocation proceedings of this offender, initiated by Petition dated 06/17/2010, are transferred with the records of this Court to the United States District Court, HOUSTON Division.

July 14, 2010
Date

Dickinson R. Debevoise
U. S. District Judge

PROB 12C
(07/06)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW JERSEY

*RECEIVED JUN 25 2010 U.S. Probation Office 20 Washington Pl. Newark, NJ*

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: | Oswaldo Ramirez    Case Number: 2:04CR00719-001 |
| Name of Sentencing Judge: | The Honorable Dickinson R. Debevoise |
| Date of Original Sentence: | October 10, 2006 |
| Original Offense: | Conspiracy to distribute heroin, 21 U.S.C. § 846 |
| Original Sentence: | 51 months custody. $100 special assessment. Five years supervised release. Special conditions: participate in a alcohol/drug treatment program and cooperate with the collection of DNA. |
| Type of Supervision: | Supervised Release    Supervision Started: February 13, 2008 |
| Assistant U.S. Attorney: | Richard Brown, AUSA    Defense Attorney: Anthony Mack-Appointed |

## EARLIER COURT ACTION

01/15/09: A petition was filed with the Court due to leaving the district without permission, and failure to participate in drug treatment. The Court concurred with recommendation of the probation officer for no action to be taken.

12/09/09: A petition was filed with the Court due to positive urine specimen for marijuana. The Court concurred with referral to a 45 day residential substance abuse treatment program in Houston, Texas.

## PETITIONING THE COURT

<u>TO ISSUE A WARRANT</u> for defendant located at <u>HARRIS COUNTY JAIL, HOUSTON, TEXAS</u>

The probation officer believes that the offender has violated the following conditions of supervision:

<u>Violation Number</u>    <u>Nature of Noncompliance</u>

1    **NEW LAW VIOLATION (MANDATORY CONDITION):** On April 8, 2010, Mr. Ramirez was arrested by the Houston Police Department and charged with the offense of possession of controlled substance (1 to 4 grams of cocaine), in violation of Texas Penal Code HSC 481.115(c). The case is pending in Harris County District Court, No. 338, Cause Number 1258381. Mr. Ramirez remains in the Harris County Jail in Houston, Texas. Bond was not issued in this case.

Re: RAMIREZ, Oswaldo
Dkt. No.: 2:04CR00719-001
Probation 12C
Page 2

| | |
|---|---|
| 2 | **THE DEFENDANT SHALL NOT LEAVE THE JUDICIAL DISTRICT WITHOUT THE PERMISSION OF THE PROBATION OFFICER (STANDARD CONDITION):** On December 25, 2008, Mr. Ramirez received a traffic ticket from the Jewett Police Department in Jewett, Texas, for speeding and driving without a driver's license. Mr. Ramirez agreed to pay the fine cost of $600. Mr. Ramirez did not have permission from the probation officer to travel to Jewett, Texas, which is located in the Western District of Texas. |
| 3 | **USE/POSSESSION OF A CONTROLLED SUBSTANCE (STANDARD CONDITION):** On October 29, 2009, Mr. Ramirez submitted a urine specimen which tested positive for marijuana. The Regional Drug Laboratory in San Antonio, Texas, conducted an analysis and confirmed the positive specimen. Mr. Ramirez admitted to the use of marijuana. |
| 4 | **FAILURE TO PARTICIPATE IN DRUG TREATMENT AS DIRECTED BY THE PROBATION OFFICER (SPECIAL CONDITION):** Mr. Ramirez failed to participate in scheduled individual counseling sessions at the Unlimited Vision Aftercare Program, Inc., in Baytown, Texas, for the months of August, September, and November 2008. |

On December 20, 2009, Mr. Ramirez was unsuccessfully discharged from the Cheyenne Center Supportive Residential Program in Houston, Texas, for non-compliance with the rules and regulations of the program. Mr. Ramirez was referred to another residential treatment program.

On April 3, 2010, Mr. Ramirez was unsuccessfully discharge from the Directions of Recovery Residential Substance Abuse Program in Houston, Texas , for failure to comply with the rules and regulations of the program. and leaving the program without permission from staff and the probation officer.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
    [X]   revoked.
    [  ]   extended for years, for a total term of years.

[  ]   The conditions of supervision should be modified:

Approved:

Joe Flores, Supervising
U.S. Probation Officer

Respectfully submitted:

by

Bryan Demar
U.S. Probation Officer
June 17, 2010

Name of Offender: Oswaldo Ramirez
Case Number: 2:04CR00719-001
Page Number: 3

---

THE COURT ORDERS:

[ ]  No Action

[X]  The Issuance of a Warrant, and no bond.

[ ]  The Issuance of a Warrant, and a bond of $_____ cash/surety with supervision as directed by the Probation Officer as a condition of said bond.

[ ]  The Issuance of a Summons.

[ ]  Other:

*(signature)*
Dickinson R. Debevoise
U. S. District Judge

July 14, 2010
Date